# EXHIBIT 2

# SUMMARY OF DONDERO AND RELATED ENTITIES MOTIONS TO CONTINUE, STAY, OR ABATE

### ADVERSARY PROCEEDING TO ENJOIN DONDERO FROM INTERFERING WITH HIGHLAND'S BANKRUPTCY ESTATE AND RELATED CONTEMPT PROCEEDING[1]

| Motion | Court | Movant |
|---|---|---|
| *Motion to Continue Contempt Hearing*, Adv. Proc. No. 21-3190-sgj-11, D.I. 102 (Bankr. N.D. Tex. Feb. 17, 2021) | Bankruptcy Court | Dondero |
| *Motion to Continue Further Contempt Hearing*, Adv. Proc. No. 21-3190-sgj-11, D.I. 119 (Bankr. N.D. Tex. Mar. 2, 2021) | Bankruptcy Court | Dondero |
| *Motion for Continuance of Contempt Hearing*, Adv. Proc. No. 21-3190-sgj-11 (Bankr. N.D. Tex. Mar. 10, 2021) | Bankruptcy Court | Dondero |
| *Defendant's Emergency Motion to Stay Proceedings Pending Resolution of Defendant's Petition for Writ of Mandamus or, Alternatively, Motion to Continue Trial Setting,* Adv. Proc. No. 21-3190-sgj-11, D.I. 154 (Bankr. N.D. Tex. Apr. 30, 2021) | Bankruptcy Court | Dondero |
| *Motion to Stay Permanent Injunction Proceedings Pending Resolution of Mandamus*, Case No. 21-10219 (5th Cir. May 6, 2021) | Fifth Circuit | Dondero |
| *Defendant's Emergency Motion for Stay Pending Appeal and for Approval of Supersedeas Bond or Other Security,* Adv. Proc. No. 21-3190-sgj-11, D.I. 196 (Bankr. N.D. Tex. June 15, 2021) | Bankruptcy Court | Dondero |

### ADVERSARY PROCEEDING TO COLLECT ON CERTAIN DEMAND AND TERM NOTES ISSUED TO DONDERO AND HIS RELATED ENTITIES

| Motion | Court | Movant |
|---|---|---|
| *Defendant James Dondero's Emergency Motion to Continue Docket Call and Trial and/or Amend Scheduling Order*, Adv. Proc. No. 21-03003-sgj-11, D.I.8 (Bankr. N.D. Tex. Mar. 26, 2021) | Bankruptcy Court | Dondero |

---

[1] This chart excludes the seven motions filed in the Bankruptcy Court, the District Court, and the Fifth Circuit Court of Appeals by the Dondero Entities to stay the effective date of the Confirmation Order pending appeal.

## SUMMARY OF DONDERO AND RELATED ENTITIES MOTIONS TO CONTINUE, STAY, OR ABATE

| Motion | Court | Movant |
|---|---|---|
| *James Dondero's Motion to Stay Pending the Motion to Withdraw the Reference of Plaintiff's Complaint*, Adv. Proc. No. 21-03003-sgj-11, D.I. 22 (Bankr. N.D. Tex. Apr. 15, 2021) | Bankruptcy Court | Dondero |
| *Defendant's Expedited Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding*, Adv. Proc. No. 21-03006-sgj-11, D.I. 23 (Bankr. N.D. Tex. June 3, 2021) | Bankruptcy Court | Highland Capital Management Services, Inc. |
| *Defendant's Expedited Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding*, Adv. Proc. No. 21-03006-sgj-11, D.I. 26 (Bankr. N.D. Tex. June 4, 2021) | Bankruptcy Court | Highland Capital Management Services, Inc. |
| *Defendant's Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding*, Adv. Proc. No. 21-03007-sgj-11, D.I. 24 (Bankr. N.D. Tex. June 3, 2021) | Bankruptcy Court | HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) |
| *Defendant's Motion to Stay Pending Resolution of Motion to Withdraw the Reference of Adversary Proceeding*, Adv. Proc. No. 21-03007-sgj-11, D.I. 27 (Bankr. N.D. Tex. June 3, 2021) | Bankruptcy Court | HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) |

## CHAPTER 11 BANKRUPTCY PROCEEDING OF HIGHLAND CAPITAL MANAGEMENT, L.P.

| Motion | Court | Movant |
|---|---|---|
| *Motion to Continue Hearing on Debtor's Third Omnibus Objection to Certain No Liability Claims*, Case No. 19-34054-sgj-11, D.I. 2226 (Bankr. N.D. Tex. Apr. 20, 2021) | Bankruptcy Court | CPCM, LLC[2] |

---

[2] CPCM, LLC, is an entity created, on information and belief, by Scott Ellington and James Dondero to purchase the claims of former Highland employees in order to litigate those claims against Highland.

# SUMMARY OF DONDERO AND RELATED ENTITIES MOTIONS TO CONTINUE, STAY, OR ABATE

### DISTRICT COURT PROCEEDINGS FILED BY APPELLANTS AND OTHER DONDERO RELATED ENTITIES TO SUE HIGHLAND FOR ALLEGED MISMANAGEMENT OF ITS ESTATE DURING ITS BANKRUPTCY

| Motion | Court | Movant |
|---|---|---|
| *Plaintiff's Motion to Stay All Proceedings*, Case No. 3:21-cv-01710-N, D.I. 6 (N.D. Tex. Aug. 26, 2021) | District Court | DAF |
| *Plaintiff's Motion to Stay All Proceedings*, Case No. 3:21-cv-00842-B, D.I. 55 (N.D. Tex. Aug. 26, 2021) | District Court | Appellants |
| *Plaintiff's Motion to Stay All Proceedings*, Case No. 3:21-cv-01169-N, D.I. 6 (N.D. Tex. Aug. 26, 2021) | District Court | PCMG Trading Partners XXIII, L.P.[3] |
| *Appellants' Opposed Motion to Stay or Abate Appeal*, Case No. 3:21-cv-01585-S, D.I. 10 (N.D. Tex. Sept. 22, 2021) | District Court | Appellants |
| *Partially Opposed Motion for Extension of Time to File Appellants' Opening Brief*, Case No. 3:21-cv-01585-S, D.I. 13 (N.D. Tex. Sept. 29, 2021) | District Court | Appellants |

---

[3] PCMG Trading Partners XXIII, L.P., is an entity majority owned indirectly by Dondero which was used to invest in certain investment vehicles managed by Highland.