# EXHIBIT 5

Case 22-03062-sgj Doc 10-5 Filed 06/10/22   Entered 06/10/22 17:15:23   Page 2 of 4
Case 3:21-cv-01169-N   Document 10-5   Filed 10/05/21   Page 2 of 4   PageID 299
Case 19-34054-sgj11 Doc 1990 Filed 03/08/21   Entered 03/08/21 06:24:28   Page 1 of 164

Docket #1990  Date Filed: 03/08/2021

D. Michael Lynn – State Bar ID 12736500
John Y. Bonds, III – State Bar ID 02589100
Clay M. Taylor – State Bar ID 24033261
Bryan C. Assink – State Bar ID 24089009
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 – Telephone
(817) 405-6902 – Facsimile
Michael.lynn@bondsellis.com
john@bondsellis.com
clay.taylor@bondsellis.com
bryan.assink@bondsellis.com

**ATTORNEYS FOR JAMES DONDERO**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054-SGJ-11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, LP, | § | |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEAL

James Dondero (the "Appellant"), creditor, indirect equity holder, and party-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case") of Highland Capital Management, L.P. (the "Debtor"), and pursuant to 28 U.S.C. § 158(a), hereby appeals to the United States District Court for the Northern District of Texas that certain *Order (i) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief* (the "Confirmation Order") entered by the Bankruptcy Court on February 22, 2021 at docket no. 1943 in the Bankruptcy Case.[1]

---

[1] Appellant anticipates that the Appeal will actually be certified for a direct appeal to the 5th Circuit by agreement of all Appellants and Appellee based on the parties' prior agreements, but hereby directs this appeal to the District Court as that direct appeal to the Circuit Court is not yet procedurally ripe.

NOTICE OF APPEAL

1934054210308000000000003

Case 22-03062-sgj Doc 10-5 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 4
Case 3:21-cv-01169-N   Document 10-5   Filed 10/05/21   Page 3 of 4   PageID 300
Case 19-34054-sgj11 Doc 1990 Filed 03/08/21   Entered 03/08/21 06:24:28   Page 2 of 164

A copy of the Confirmation Order is attached hereto as Exhibit "A."

The names of the parties to the Confirmation Order, and the contact information for their attorneys, is as follows:

1. <u>Appellant:</u>[2]

    James Dondero

    <u>Attorneys:</u>

    D. Michael Lynn
    John Y. Bonds
    Clay M. Taylor
    Bryan C. Assink
    Bonds Ellis Eppich Schafer Jones LLP
    420 Throckmorton Street, Ste. 1000
    Fort Worth, Texas 76102
    Telephone: (817) 405-6900
    Facsimile: (817) 405-6902
    Michael.lynn@bondsellis.com
    john@bondsellis.com
    clay.taylor@bondsellis.com
    bryan.assink@bondsellis.com

---

[2] Two other Notices of Appeal have already been filed by other Appellants to this Order and are found at Docket Nos. 1957 and 1966 which were filed by Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. on the one hand; and Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc. on the other hand, respectively.  It is possible that other appellants may additionally file separate notices of appeal.

Case 22-03062-sgj Doc 10-5 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 4 of 4
Case 3:21-cv-01169-N   Document 10-5   Filed 10/05/21   Page 4 of 4   PageID 301
Case 19-34054-sgj11 Doc 1990 Filed 03/08/21    Entered 03/08/21 06:24:28    Page 3 of 164

2. <u>Appellee:</u>

    Highland Capital Management, L.P.

<u>Attorneys:</u>

    Jeffrey N. Pomerantz
    Ira D. Kharasch
    John A. Morris
    Gregory V. Demo
    Hayley R. Winograd
    Pachulski Stang Ziehl & Jones, L.L.P.
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: (310) 277-6910
    Facsimile: (310) 201-0760
    Email: jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com
          hwinograd@pszjlaw.com

Signed: March 4, 2021.

    BONDS ELLIS EPPICH SCHAFER JONES LLP

    By:    */s/ Clay M. Taylor*_____
           Clay M. Taylor
           Texas Bar No. 24033261
           420 Throckmorton Street, Ste. 1000
           Fort Worth, Texas 76102
           Telephone: (817) 405-6900
           Facsimile: (817) 405-6902
           Email: clay.taylor@bondsellis.com

    ATTORNEYS FOR JAMES DONDERO

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on this on March 4, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

    By:    */s/ Clay M. Taylor*_____
           Clay M. Taylor