# EXHIBIT 6

Case 22-03062-sgj Doc 10-6 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 2 of 6
Case 3:21-cv-01169-N   Document 10-6   Filed 10/05/21   Page 2 of 6   PageID 303
Case 19-34054-sgj11 Doc 1986 Filed 03/08/21    Entered 03/08/21 06:14:10    Page 1 of 3

Docket #1986  Date Filed: 03/08/2021

K&L GATES LLP
Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

A. Lee Hogewood, III (*pro hac vice*)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Tel: (919) 743-7306
Lee.hogewood@klgates.com

*Counsel for Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | Case No. 19-34054 (SGJ11) |
| Debtor. | (Jointly Administered) |

### NOTICE OF APPEAL

**Part 1: Identify the appellants**

1. <u>Names of appellants</u>:

    Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.

2. <u>Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal</u>:

    For appeals in an adversary proceeding:

    __ Plaintiff
    __ Defendant
    __ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding:

    __ Debtor
    __ Creditor
    __ Trustee
    X_ Other (describe) _Interested parties_____

¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦¦
1934054210308000000000001

Appx. 0254

Case 22-03062-sgj Doc 10-6 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 6
Case 3:21-cv-01169-N   Document 10-6   Filed 10/05/21   Page 3 of 6   PageID 304
Case 19-34054-sgj11 Doc 1986 Filed 03/08/21    Entered 03/08/21 06:14:10    Page 2 of 3

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   <u>The Bankruptcy Court's Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (II) Granting Related Relief [Dkt. No. 1943]</u>

2. State the date on which the judgment, order, or decree was entered: <u>February 22, 2021</u>

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

| 1. Debtor-Appellee | 2. Creditor-Appellant |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz<br>Ira D. Kharasch<br>jpomerantz@pszjlaw.com<br>ikharasch@pszjlaw.com<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067<br><br>John A. Morris<br>Gregory V. Demo<br>Hayley R. Winograd<br>jmorris@pszjlaw.com<br>gdemo@pszjlaw.com<br>hwinograd@pszjlaw.com<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br><br>HAYWARD & ASSOCIATES PLLC<br>Melissa S. Hayward<br>Zachery Z. Annable<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231<br>MHayward@HaywardFirm.com<br>zannable@haywardfirm.com<br><br>*Counsel for Highland Capital Management, L.P.* | K&L GATES LLP<br>Artoush Varshosaz (TX Bar No. 24066234)<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Tel: (214) 939-5659<br>artoush.varshosaz@klgates.com<br><br>A. Lee Hogewood, III (*pro hac vice*)<br>4350 Lassiter at North Hills Ave., Suite 300<br>Raleigh, NC 27609<br>Tel: (919) 743-7306<br>Lee.hogewood@klgates.com<br><br>*Counsel for Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.* |

Case 22-03062-sgj Doc 10-6 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 4 of 6
Case 3:21-cv-01169-N    Document 10-6    Filed 10/05/21    Page 4 of 6    PageID 305
Case 19-34054-sgj11 Doc 1986 Filed 03/08/21    Entered 03/08/21 06:14:10    Page 3 of 3

**Part 4:  Optional election to have appeal heard by District Court**

N/A

**Part 5:  Sign below**

Dated:      March 3, 2021

                                **K&L GATES LLP**

                                */s/ A. Lee Hogewood, III*
                                A. Lee Hogewood, III (*pro hac vice*)
                                4350 Lassiter at North Hills Ave., Suite 300
                                Raleigh, NC 27609
                                Telephone: (919) 743-7306
                                E-mail: lee.hogewood@klgates.com

                                Artoush Varshosaz (TX Bar No. 24066234)
                                1717 Main Street, Suite 2800
                                Dallas, TX 75201
                                Telephone: (214) 939-5659
                                E-mail: artoush.varshosaz@klgates.com

                                *Counsel for Highland Income Fund, NexPoint*
                                *Strategic Opportunities Fund, Highland Global*
                                *Allocation Fund, and NexPoint Capital, Inc.*

Case 22-03062-sgj Doc 10-6 Filed 06/10/22   Entered 06/10/22 17:15:23   Page 5 of 6
Case 3:21-cv-01169-N   Document 10-6   Filed 10/05/21   Page 5 of 6   PageID 306
Case 19-34054-sgj11 Doc 1986-1 Filed 03/08/21   Entered 03/08/21 06:14:10   Page 1 of 4

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.:  19–34054–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G. Jernigan
    Robert (Bob) Schaaf
    Nathan (Nate) Elner
    Attorney(s) for Appellant
    US Trustee


**Appellant**   Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.

K&L GATES LLP
Artoush Varshosaz
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939–5659
And
A. Lee Hogewood, III
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Telephone: (919) 743–7306


**Appellee**   Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
Ira D. Kharasch
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067
(No telephone number)

John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017–2024
(No telephone number)

HAYWARD & ASSOCIATES PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expressway, Suite 106

**Appx. 0257**

Dallas, TX 75231
(No telephone number)