# EXHIBIT 7

Case 22-03062-sgj Doc 10-7 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 2 of 4
Case 3:21-cv-01169-N   Document 10-7   Filed 10/05/21   Page 2 of 4   PageID 309
Case 19-34054-sgj11 Doc 1988 Filed 03/08/21    Entered 03/08/21 06:20:14    Page 1 of 164

Docket #1988  Date Filed: 03/08/2021

MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

ATTORNEYS FOR HIGHLAND CAPITAL
MANAGEMENT FUND ADVISORS, L.P. AND
NEXPOINT ADVISORS, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) ) ) | Case No. 19-34054 (SGJ11) |
| Debtor. | ) ) ) ) | |

**NOTICE OF APPEAL**

COME NOW Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (the "Appellants"), creditors and parties-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case") of Highland Capital Management, L.P. (the "Debtor"), and, pursuant to 28 U.S.C. § 158(a), hereby appeal to the United States District Court for the Northern District of Texas that certain *Order (i) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief* (the "Confirmation Order") entered by the Bankruptcy Court on February 22, 2021 at docket no. 1943 in the Bankruptcy Case.

A copy of the Confirmation is attached hereto as Exhibit "A."

Case 22-03062-sgj Doc 10-7 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 4
Case 3:21-cv-01169-N   Document 10-7   Filed 10/05/21   Page 3 of 4   PageID 310
Case 19-34054-sgj11 Doc 1988 Filed 03/08/21    Entered 03/08/21 06:20:14    Page 2 of 164

The names of the parties to the Confirmation Order, and the contact information for their attorneys, is as follows:

1. Appellants:

    Highland Capital Management Fund Advisors, L.P.
    NexPoint Advisors, L.P.

    Attorneys:

        Davor Rukavina
        Julian P. Vasek
        MUNSCH HARDT KOPF & HARR, P.C.
        3800 Ross Tower
        500 N. Akard Street
        Dallas, Texas  75201-6659
        Telephone: (214) 855-7587
        Facsimile: (214) 855-7584
        Email: drukavina@munsch.com

2. Appellee:

    Highland Capital Management, L.P.

    Attorneys:

        Jeffrey N. Pomerantz
        Ira D. Kharasch
        John A. Morris
        Gregory V. Demo
        Hayley R. Winograd
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067
        Telephone: (310) 277-6910
        Facsimile: (310) 201-0760
        Email: jpomerantz@pszjlaw.com
                ikharasch@pszjlaw.com
                jmorris@pszjlaw.com
                gdemo@pszjlaw.com
                hwinograd@pszjlaw.com

Case 22-03062-sgj Doc 10-7 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 4 of 4
Case 3:21-cv-01169-N   Document 10-7   Filed 10/05/21   Page 4 of 4   PageID 311
Case 19-34054-sgj11 Doc 1988 Filed 03/08/21    Entered 03/08/21 06:20:14    Page 3 of 164

RESPECTFULLY SUBMITTED this 1st day of March, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email:   drukavina@munsch.com

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 1st day of March, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.