# EXHIBIT 8

Case 22-03062-sgj Doc 10-8 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 2 of 9
Case 3:21-cv-01169-N   Document 10-8   Filed 10/05/21   Page 2 of 9   PageID 313
Case 19-34054-sgj11 Doc 1992 Filed 03/08/21    Entered 03/08/21 06:28:13    Page 1 of 4

¨Docket #1992 Date Filed: 03/08/2021¨

Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
*Attorneys for The Dugaboy Investment Trust and Get Good Trust*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| | * | Case No. 19-34054sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | * | |
| | * | |
| Debtor | * | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): ___

<u>*The Dugaboy Investment Trust and Get Good Trust*</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
   Plaintiff
   Defendant
   Other (describe)
_____

For appeals in a bankruptcy case and not in an adversary proceeding.
   Debtor
**X** Creditor
   Trustee
   Other (describe)
_____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>*Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (II) Granting Related Relief [Dkt. # 1943]*</u>

{00375211-1}

1



¨1934054210308000000000004¨

**Appx. 0264**

Case 22-03062-sgj Doc 10-8 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 9
Case 3:21-cv-01169-N   Document 10-8   Filed 10/05/21   Page 3 of 9   PageID 314
Case 19-34054-sgj11 Doc 1992 Filed 03/08/21   Entered 03/08/21 06:28:13   Page 2 of 4

2. State the date on which the judgment, order, or decree was entered: <u>February 22, 2021</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. *Party/Appellee*: <u>Debtor: Highland Capital Management, L.P.</u>

Attorney:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
Ira D. Kharasch
John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone:  (212) 561-7700
Fax:  (212) 561-7777

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
Telephone:  (972) 755-7100
Fax:  (972) 755-7110


2. *Party/Appellants:*  <u>Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.</u>

Attorney:

K&L GATES LLP
Artoush Varshosaz
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5659
Artoush.varshosaz@klgates.com

And

Case 22-03062-sgj Doc 10-8 Filed 06/10/22   Entered 06/10/22 17:15:23   Page 4 of 9
Case 3:21-cv-01169-N   Document 10-8   Filed 10/05/21   Page 4 of 9   PageID 315
Case 19-34054-sgj11 Doc 1992 Filed 03/08/21   Entered 03/08/21 06:28:13   Page 3 of 4

A. Lee Hogewood, III
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Telephone: (919) 743-7306
Lee.hogewood@klgates.com

3. *Party/Appellants:*  Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.

Attorney:

MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina
Julian P. Vasek
3800 Ross Tower
500 N. Akard Street
Dallas, TX 75201-6659
Telephone:  (214) 855-7587
Facsimile: (214) 855-7584
E-mail:  drukavina@munsch.com

4. *Party/Appellants*:  The Dugaboy Investment Trust and Get Good Trust

Attorney:

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper
Leslie A. Collins
Greta M. Brouphy
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

5. *Party/Appellants*:  James Dondero

Attorney:

BONDS ELLIS EPPICH SCHAFER JONES LLP
D. Michael Lynn
John Y. Bonds
Clay M. Taylor
Bryan C. Assink
420 Throckmorton Street, Ste. 1000

{00375211-1}

Case 22-03062-sgj Doc 10-8 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 5 of 9
   Case 3:21-cv-01169-N   Document 10-8   Filed 10/05/21   Page 5 of 9   PageID 316
Case 19-34054-sgj11 Doc 1992 Filed 03/08/21    Entered 03/08/21 06:28:13    Page 4 of 4

Fort Worth, Texas 76102
Telephone:  (817) 405-6900
Facsimile: (817) 405-6902
Michael.lynn@bondsellis.com
john@bondsellis.com
clay.taylor@bondsellis.com
bryan.assink@bondsellis.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts**)

**Not applicable.**


March 4, 2021                                        Respectfully submitted,


                                                     */s/Douglas S. Draper.*
                                                     Douglas S. Draper, La. Bar No. 5073
                                                     ddraper@hellerdraper.com
                                                     Leslie A. Collins, La. Bar No. 14891
                                                     lcollins@hellerdraper.com
                                                     Greta M. Brouphy, La. Bar No. 26216
                                                     gbrouphy@hellerdraper.com
                                                     Heller, Draper & Horn, L.L.C.
                                                     650 Poydras Street, Suite 2500
                                                     New Orleans, LA  70130
                                                     Telephone: (504) 299-3300
                                                     Fax: (504) 299-3399
                                                     *Attorneys for The Dugaboy Investment Trust*
                                                      *and Get Good Trust*

Case 22-03062-sgj Doc 10-8 Filed 06/10/22   Entered 06/10/22 17:15:23   Page 6 of 9
Case 3:21-cv-01169-N   Document 10-8   Filed 10/05/21   Page 6 of 9   PageID 317
Case 19-34054-sgj11 Doc 1992-1 Filed 03/08/21   Entered 03/08/21 06:28:13   Page 1 of 4

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.:  19−34054−sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G. Jernigan
    Robert (Bob) Schaaf
    Nathan (Nate) Elner
    Attorney(s) for Appellant
    US Trustee

**Appellant**  : Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.

K&L GATES LLP
Artoush Varshosaz
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939−5659
And
A. Lee Hogewood, III
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Telephone: (919) 743−7306

**Appellant**  Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.

MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina
Julian P. Vasek
3800 Ross Tower
500 N. Akard Street
Dallas, TX 75201−6659
Telephone: (214) 855−7587

**Appellant**  The Dugaboy Investment Trust and Get Good Trust

HELLER, DRAPER & HORN, L.L.C.
Douglas S. Draper
Leslie A. Collins
Greta M. Brouphy
650 Poydras Street, Suite 2500
New Orleans, LA 70130

**Appx. 0268**

Telephone: (504) 299–3300

Case 19-34054-sgj11 Doc 1992-1 Filed 03/08/21   Entered 03/08/21 06:28:13   Page 3 of 4

**Appellant**   James Dondero

BONDS ELLIS EPPICH SCHAFER JONES LLP
D. Michael Lynn
John Y. Bonds
Clay M. Taylor
Bryan C. Assink
420 Throckmorton Street, Ste. 1000
Fort Worth, Texas 76102
Telephone: (817) 405–6900


**Appellee**   Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz
Ira D. Kharasch
John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017–2024
Telephone: (212) 561–7700

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy. Ste. 106
Dallas, TX 75231
Telephone: (972) 755–7100

Case 19-34054-sgj11 Doc 1992-1 Filed 03/08/21    Entered 03/08/21 06:28:13    Page 4 of 4