# EXHIBIT 14

Case 22-03062-sgj Doc 10-14 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 2 of 4
Case 3:21-cv-01169-N   Document 10-14   Filed 10/05/21   Page 2 of 4   PageID 433
Case 19-34054-sgj11 Doc 2084 Filed 03/23/21    Entered 03/23/21 12:20:28    Page 1 of 3



Docket #2084  Date Filed: 03/23/2021

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 22, 2021**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, | § | Case No. 19-34054-SGJ-11 |
| L.P.,[1] | § | |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER ON MOTIONS FOR STAY PENDING APPEAL

This matter having come before the Court on the *Emergency Motion of the Advisors for Stay Pending Appeal of the Confirmation Order, and Brief in Support Thereof* [Docket No. 1955] (the "Advisors Motion"); *Motion for Stay Pending Appeal of the Court's Order Confirming the Debtor's Fifth Amended Plan* [Docket No. 1967] (the "Funds Motion"); *Joinder to Motions for Stay Pending Appeal of the Court's Order Confirming the Debtor's Fifth Amended Plan* [Docket No. 1971] (the "Trusts Motion"); and *Joinder in Motion for Stay Pending Appeal and Additional Grounds for the*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:42677.3 36027/002



1934054210323000000000004

**Appx. 0384**

Case 22-03062-sgj Doc 10-14 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 4
Case 3:21-cv-01169-N   Document 10-14   Filed 10/05/21   Page 3 of 4   PageID 434
Case 19-34054-sgj11 Doc 2084 Filed 03/23/21    Entered 03/23/21 12:20:28    Page 2 of 3

*Issuance of a Stay Pending Appeal* [Docket No. 1973] (the "Dondero Motion," and together with the Advisors Motion, the Funds Motion, and the Trusts Motion, the ("Motions"), and this Court having considered (i) the Motions; (ii) *Debtor's Omnibus Response to Motions for Stay Pending Appeal of the Confirmation Order* [Docket No. 2022] (the "Debtor's Response");[2] (iii) *Omnibus Objection of the Official Committee of Unsecured Creditors' Objection to Motions for Stay Pending Appeal of the Confirmation Order and Joinder in Debtor's Omnibus Objection to Motions for Stay* [Docket No. 2023] (the "UCC Response," and together with the Motions and the Debtor's Response, the "Briefs"); (iv) the evidence admitted into evidence during the hearing held on March 19, 2021 (the "Hearing"); and (v) the arguments made during the Hearing; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motions and opportunity for a hearing on the Motions were appropriate and that no other notice need be provided; and upon all of the proceedings had before this Court, the legal and factual bases set forth in the Briefs, and the evidence submitted at the Hearing; and after due deliberation and sufficient cause appearing therefor, and for the reasons set forth in the record on the Motions, it is hereby **ORDERED** that:

1. The Motions are **DENIED**.

2. The Court will hold a hearing on March 24, 2021, at 9:30 a.m. Central Time (the "Bond Hearing") on whether the Appellants are entitled to a stay pending appeal of the Confirmation Order, as a matter of right, under applicable law upon the posting of an adequate monetary bond. If the Court determines that applicable law provides Appellants with a stay

---

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in the Debtor's Response.

Case 22-03062-sgj Doc 10-14 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 4 of 4
Case 3:21-cv-01169-N   Document 10-14   Filed 10/05/21   Page 4 of 4   PageID 435
Case 19-34054-sgj11 Doc 2084 Filed 03/23/21    Entered 03/23/21 12:20:28    Page 3 of 3

pending appeal of the Confirmation Order as a matter of right upon the posting of an adequate monetary bond, then this Court will hear evidence at the Bond Hearing regarding the appropriate amount of such bond.

3. Parties may submit briefs on the question of whether Appellants are entitled to a stay pending appeal of the Confirmation Order as a matter of right upon the posting of an adequate monetary bond, and if so, the appropriate amount of such bond, by no later than 3:00 p.m. Central Time on March 23, 2021.

4. The Effective Date of the Plan will not occur prior to March 31, 2021.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER ###