# EXHIBIT 17

Case 22-03062-sgj Doc 10-17 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 2 of 5
Case 3:21-cv-01169-N   Document 10-17   Filed 10/05/21   Page 2 of 5   PageID 447
Case 3:21-cv-00538-N   Document 2   Filed 04/01/21   Page 1 of 4   PageID 187   Docket #0002  Date Filed: 4/1/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Debtor. | § § § § § § § § | Bankruptcy Case No. 19-34054 |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P.,<br><br>    Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Appellee. | § § § § § § § § § § § § § § § | Civ. Act. No. 3:21-cv-00538-N |

### APPELLANTS' MOTION FOR STAY PENDING APPEAL

TO THE HONORABLE DAVID C. GODBEY, U.S. DISTRICT JUDGE:

COME NOW Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (the "Movants" or "Appellants"), creditors and parties-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case") of Highland Capital Management, L.P. (the "Debtor"), and file this their *Motion for Stay Pending Appeal* (the "Motion"), respectfully stating as follows:

Contemporaneously herewith, the Appellants are filing their *Brief in Support of Appellants' Motion for Stay Pending Appeal* (the "Brief") and their *Appendix in Support of Appellants' Motion for Stay Pending Appeal* (the "Appendix"). Pursuant to this Motion and Fed. R. Bankr. P. 8007, the Appellants request that the Court issue a stay of that certain *Order (i)*

Case 22-03062-sgj Doc 10-17 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 5
Case 3:21-cv-01169-N   Document 10-17   Filed 10/05/21   Page 3 of 5   PageID 448
Case 3:21-cv-00538-N   Document 2   Filed 04/01/21   Page 2 of 4   PageID 188

*Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief* [Bankr. Dkt. No. 1943] (the "Confirmation Order"[1]), pending the outcome of this appeal through the Fifth Circuit.  Such a stay is justified for the reasons set forth in the Brief, based on the evidence set forth in the Appendix, all of which is incorporated herein by reference.

Pursuant to Fed. R. Bankr. P. 8007(b)(2)(B), the Appellants state that (A) this Motion was originally made in the Bankruptcy Court on February 28, 2021 [Bankr. Dkt. No. 1955]; (B) the Bankruptcy Court conducted a hearing on March 19, 2021; and (C) the Bankruptcy Court denied the Motion for the reasons given in the transcript of said hearing that is included in the Appendix.[2]

WHEREFORE, PREMISES CONSIDERED, the Appellants request that the Court enter an Order:

1. Staying the effectiveness of the Confirmation Order pending the conclusion of the appeal thereof through the Fifth Circuit; and

2. Granting such other relief as is just and proper.

---

[1] Appx. 1.
[2] Appx. 1199 (beginning on line 13).

Case 22-03062-sgj Doc 10-17 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 4 of 5
Case 3:21-cv-01169-N   Document 10-17   Filed 10/05/21   Page 4 of 5   PageID 449
Case 3:21-cv-00538-N   Document 2   Filed 04/01/21   Page 3 of 4   PageID 189

RESPECTFULLY SUBMITTED this the 1st day of April, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
  Davor Rukavina, Esq.
  Texas Bar No. 24030781
  Julian P. Vasek, Esq.
  Texas Bar No. 24070790
  500 N. Akard Street, Ste. 3800
  Dallas, Texas  75201-6659
  Telephone: (214) 855-7500
  Facsimile: (214) 855-7584
  E-mail: drukavina@munsch.com

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., AND NEXPOINT ADVISORS, L.P.**

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, pursuant to Fed. R. Bankr. P. 8007, this Motion was originally filed in the Bankruptcy Court. The Debtor/Appellee opposed the relief requested herein in the Bankruptcy Court, and, after conference regarding the same, the Debtor/Appellee will continue to oppose such relief in this Court.

/s/ Davor Rukavina
Davor Rukavina

Case 22-03062-sgj Doc 10-17 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 5 of 5
 Case 3:21-cv-01169-N   Document 10-17   Filed 10/05/21   Page 5 of 5   PageID 450
  Case 3:21-cv-00538-N   Document 2   Filed 04/01/21   Page 4 of 4   PageID 190

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that, on this the 1st day of April, 2021, true and correct copies of this document, with any exhibits attached thereto, were served on the recipients listed below via email, and on April 2, 2021, true and correct copies of this document, with any exhibits attached thereto, were served on the recipients listed below via first class U.S. mail, postage prepaid:

Jeffrey N Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
13th Floor
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John A Morris
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Email: jmorris@pszjlaw.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
Email: zannable@haywardfirm.com

                                                /s/ Davor Rukavina
                                                Davor Rukavina

APPELLANTS' MOTION FOR STAY PENDING APPEAL                             Page **4** of **4**
4841-5773-6163v.4 .

**Appx. 0401**