# EXHIBIT 22

Appx. 0952

Case 22-03062-sgj Doc 10-22 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 2 of 4
Case 3:21-cv-01169-N    Document 10-22    Filed 10/05/21    Page 2 of 4    PageID 1002

Case: 21-90011    Document: 00515847079    Page: 1    Date Filed: 05/04/2021

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 4, 2021
Lyle W. Cayce
Clerk

No. 21-90011

In re: Highland Capital Management, L.P.,

*Debtor,*

NexPoint Advisors, L.P.; Highland Capital Management Fund Advisors, L.P.; Highland Income Fund; NexPoint Strategic Opportunities Fund; Highland Global Allocation Fund; NexPoint Capital, Incorporated; James Dondero; The Dugaboy Investment Trust; Get Good Trust,

*Petitioners,*

*versus*

Highland Capital Management, L.P.,

*Respondent.*

———————————————

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 158(d)

———————————————

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

Case 22-03062-sgj Doc 10-22 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 4
Case 3:21-cv-01169-N   Document 10-22   Filed 10/05/21   Page 3 of 4   PageID 1003
Case: 21-90011    Document: 00515847079    Page: 2    Date Filed: 05/04/2021

No. 21-90011

    IT IS ORDERED that the motion of NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

**Appx. 0954**

Case: 21-90011     Document: 00515847110     Page: 1     Date Filed: 05/04/2021

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 04, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-90011   NexPoint v. Highland Capital
               USDC No. 19-34054

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Mr. Zachery Z. Annable
Mr. Bryan Christopher Assink
Mr. Douglas Scott Draper
Mr. David R. Fine
Ms. Melissa Sue Hayward
Mr. Jeffrey N. Pomerantz
Mr. Davor Rukavina
Mr. Clay Marshall Taylor
Mr. Jed Weintraub