# EXHIBIT 23

Case 22-03062-sgj Doc 10-23 Filed 06/10/22 Entered 06/10/22 17:15:23 Page 2 of 4
Case 3:21-cv-01169-N Document 10-23 Filed 10/05/21 Page 2 of 4 PageID 1006

Case: 21-90011    Document: 00515884578    Page: 1    Date Filed: 06/02/2021

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 2, 2021

Lyle W. Cayce
Clerk

No. 21-90011

In re: Highland Capital Management, L.P.,

*Debtor*,

NexPoint Advisors, L.P.; Highland Capital Management Fund Advisors, L.P.; Highland Income Fund; NexPoint Strategic Opportunities Fund; Highland Global Allocation Fund; NexPoint Capital, Incorporated; James Dondero; The Dugaboy Investment Trust; Get Good Trust,

*Petitioners*,

*versus*

Highland Capital Management, L.P.,

*Respondent.*

_____

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 158(d)

_____

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the motion of Highland Global Allocation Fund, Highland Income Fund, NexPoint Capital, Incorporated, and

Case 22-03062-sgj Doc 10-23 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 3 of 4
Case 3:21-cv-01169-N   Document 10-23   Filed 10/05/21   Page 3 of 4   PageID 1007
Case: 21-90011    Document: 00515884578    Page: 2    Date Filed: 06/02/2021

No. 21-90011

NexPoint Strategic Opportunities Fund for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

    IT IS FURTHER ORDERED that the motion of James Dondero for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

    IT IS FURTHER ORDERED that the motion of Get Good Trust and The Dugaboy Investment Trust for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

Case 22-03062-sgj Doc 10-23 Filed 06/10/22    Entered 06/10/22 17:15:23    Page 4 of 4
Case 3:21-cv-01169-N   Document 10-23   Filed 10/05/21   Page 4 of 4   PageID 1008

Case: 21-90011    Document: 00515884597    Page: 1    Date Filed: 06/02/2021

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-90011    NexPoint v. Highland Capital
                    USDC No. 19-34054

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Charles B. Whitney, Deputy Clerk
                        504-310-7679

Mr. Zachery Z. Annable
Mr. Bryan Christopher Assink
Mr. Robert P. Colwell
Mr. Douglas Scott Draper
Mr. David R. Fine
Ms. Melissa Sue Hayward
Mr. Jeffrey N. Pomerantz
Mr. Davor Rukavina
Mr. Clay Marshall Taylor