# EXHIBIT 25

Case: 21-10449    Document: 00515906886    Page: 1    Date Filed: 06/21/2021

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-10449    NexPoint v. Highland Capital Mgmt
                USDC No. 19-34054
                USDC No. 3:21-CV-538

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Zachery Z. Annable
Mr. Robert P. Colwell
Mr. Douglas Scott Draper
Mr. David R. Fine
Ms. Melissa Sue Hayward
Mr. Jeffrey N. Pomerantz
Mr. Davor Rukavina
Mr. Clay Marshall Taylor
Mr. Julian Preston Vasek

Case 22-03062-sgj Doc 10-25 Filed 06/10/22   Entered 06/10/22 17:15:23   Page 3 of 3
Case 3:21-cv-01169-N   Document 10-25   Filed 10/05/21   Page 3 of 3   PageID 1045

Case: 21-10449      Document: 00515906887      Page: 1      Date Filed: 06/21/2021

# United States Court of Appeals for the Fifth Circuit

———

No. 21-10449

———

NexPoint Advisors, L.P.; Highland Capital Management Fund Advisors, L.P.,

*Appellants*,

*versus*

Highland Capital Management, L.P.,

*Appellee*.

———

Appeal from the United States Bankruptcy Court
for the Northern District of Texas
USDC No. 19-34054

———

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that appellants Highland Capital Management Fund Advisors, L.P. and Nexpoint Advisors, L.P.'s motion for stay pending appeal is DENIED.