# EXHIBIT 28

Case 22-03062-sgj Doc 10-28 Filed 06/10/22 Entered 06/10/22 17:15:23 Page 2 of 2
Case 3:21-cv-01169-N Document 10-28 Filed 10/05/21 Page 2 of 2 PageID 1053
Case 3:21-cv-01169-N Document 5 Filed 06/23/21 Page 1 of 1 PageID 15

JS 44 (Rev. 10/20) - TXND (10/20)    Amended CIVIL COVER SHEET    Docket #0005 Date Filed: 6/23/2021

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
PCMG Trading Partners XXIII, L.P.

### DEFENDANTS
Highland Capital Management, L.P.

**(b)** County of Residence of First Listed Plaintiff: Dallas County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sbaiti & Company PLLC, 2200 Ross Avenue, Suite 4900W,
Dallas, TX 75201 (214-432-2899)

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State — Incorporated or Principal Place of Business In This State: PTF [x] 4, DEF [x] 4

### IV. NATURE OF SUIT
[x] 890 Other Statutory Actions

### V. ORIGIN
[x] 1 Original Proceeding

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 18 USC 80b-1, et seq.
Brief description of cause: Violation of Advisers Act

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes

### VIII. RELATED CASE(S) IF ANY
JUDGE: Stacey G. Jernigan
DOCKET NUMBER: 19-34054-sgj11 NDTXBK

DATE: 6/22/21

SIGNATURE OF ATTORNEY OF RECORD: /s/

1934054210623000000000003

Appx. 1004