Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Local Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **PCGM TRADING PARTNERS XXIII, L.P.,** | |
| **Plaintiff,** | |
| v. | **Case No. 3:21-CV-01169-N** |
| **HIGHLAND CAPITAL MANAGEMENT, LP.,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Hayward PLLC appears on behalf of Defendant Highland Capital Management, L.P. as local counsel pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

> Hayward PLLC
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Attn: Melissa S. Hayward
> Telephone/Facsimile: (972) 755-7100
> Email: MHayward@HaywardFirm.com

DATED: October 14, 2021.

        Respectfully submitted,

        **HAYWARD PLLC**

        By: */s/ Melissa S. Hayward*
            Melissa S. Hayward
            Texas Bar No. 24044908
            MHayward@HaywardFirm.com
            Zachery Z. Annable
            Texas Bar No. 24053075
            ZAnnable@HaywardFirm.com
        10501 N. Central Expy, Ste. 106
        Dallas, Texas 75231
        Telephone/Fax: (972) 755-7100

        **LOCAL COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

        */s/ Melissa S. Hayward*
        Melissa S. Hayward