# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| Iin re: | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § | |
| PCMG TRADING PARTNERS XXIII, L.P., | § | |
| *Plaintiff*, | § | |
| v. | § | Adversary Proceeding No. 22-03062-sgj |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| *Defendant*. | § | |

## STIPULATION AND ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

This Stipulation is entered into by and between Plaintiff PCMG Trading Partners XXIII, L.P. and Defendant Highland Capital Management, L.P. as follows:

**WHEREAS**, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, PCMG Trading Partners XXIII, L.P. and Highland Capital Management, L.P. hereby stipulate and agree to the dismissal of the above-referenced Adversary Proceeding, with prejudice, with each side to bear its own attorneys' fees and costs:

**IT IS THEREFORE ORDERED** that the Adversary Proceeding is dismissed, with prejudice, with each side to bear its own attorneys' fees and costs.

**SIGNED** this _____ day of _____, 2022.

                                          _____
                                          HONORABLE STACEY G.C. JERNIGAN
                                          UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND CONTENT:**

*/s/ Mazin A. Sbaiti*                                    Dated: July 31, 2022
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
SBAITI & COMPANY PLLC
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
    jeb@sbaitilaw.com

*Counsel for PCMG Trading Partners XXIII, L.P.*

*/s/ John A. Morris*                                    Dated: July 31, 2022
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277-6910
F: (310) 201-0760
E: jpomerantz@pszjlaw.com
   jmorris@pszjlaw.com
   hwinograd@pszjlaw.com

  and

| | |
|---|---|
| */s/ Zachery Z. Annable* | Dated: July 31, 2022 |
| Melissa S. Hayward (TX Bar No. 24044908) | |
| Zachery Z. Annable (TX Bar No. 24053074) | |
| HAYWARD PLLC | |
| 10501 N. Central Expressway, Suite 106 | |
| Dallas, TX 75231 | |
| T: (972) 755-7100 | |
| F: (972) 755-7110 | |

*Counsel for Highland Capital Management, L.P.*