**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| Iin re: | § | Chapter 11 |
|  | § |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
|  | § |  |
| Reorganized Debtor. | § |  |
|  | § |  |
| PCMG TRADING PARTNERS XXIII, L.P., | § |  |
|  | § |  |
| *Plaintiff*, | § |  |
|  | § |  |
| v. | § | Adversary Proceeding No. 22-03062-sgj |
|  | § |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |  |
|  | § |  |
| *Defendant.* | § |  |
|  | § |  |

## AMENDED STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

This Stipulation is entered into by and between Plaintiff PCMG Trading Partners XXIII, L.P. and Defendant Highland Capital Management, L.P. as follows:

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, PCMG Trading Partners XXIII, L.P. and Highland Capital Management, L.P. hereby stipulate and agree to the dismissal of the above-referenced Adversary Proceeding, with prejudice, with each side to bear its own attorneys' fees and costs.

*/s/ Mazin A. Sbaiti*                                                Dated: August 1, 2022
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
SBAITI & COMPANY PLLC
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
   jeb@sbaitilaw.com

*Counsel for PCMG Trading Partners XXIII, L.P.*


*/s/ John A. Morris*                                                Dated: August 1, 2022
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
T: (310) 277-6910
F: (310) 201-0760
E: jpomerantz@pszjlaw.com
   jmorris@pszjlaw.com
   hwinograd@pszjlaw.com

     and


*/s/ Zachery Z. Annable*                                                Dated: August 1, 2022
Melissa S. Hayward (TX Bar No. 24044908)
Zachery Z. Annable (TX Bar No. 24053074)
HAYWARD PLLC
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
T: (972) 755-7100
F: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

_____